# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall Courthouse, 40 Foley Square, in the City of New York, on the 19th day of September, two thousand fourteen.

Present:    Rosemary S. Pooler,
            Barrington D. Parker,
            Reena Raggi,
                *Circuit Judges*.

| | |
|---|---|
| Aurelius Capital Master, Ltd., Aurelius Opportunities Fund II, LLC, ACP Master, Ltd., NML Capital, Ltd., Olifant Fund, LTD., Blue Angel Capital I LLC, Pablo Alberto Varela, Lila Ines Burgueno, Mirta Susana Dieguez, Maria Evangelina Carballo, Leandro Daniel Pomilio, Susana Aquerreta, Maria Elena Corral, Teresa Munoz De Corral, Norma Elsa Lovorato, Carmen Irma Lavorato, Cesar Ruben Vazquez, Norma Haydee Gines, Martz Azucena Vazquez, | AMENDED ORDER<br><br>Nos:  14-2689, 14-2691, 14-2693, 14-2692, 14-2696, 14-2698, 14-2697, 14-2700, 14-2699, 14-2703, 14-2701, 14-2704, 14-2702, 14-2705, 14-2709, 14-2711, 14-2713, 14-2714, 14-2715, 14-2718, 14-2722, 14-2723, 14-2724, 14-2728, 14-2732, 14-2736 |

                                    *Plaintiffs - Appellees*,

            v.

The Republic of Argentina,

                                  *Defendant - Appellant*,

Citibank, N.A.,

                                *Movant - Interested Party-Appellant.*

The Republic of Argentina and Citibank, N.A. appeal from the July 28, 2014 order (the "Order") of the United States District Court for the Southern District of New York (Griesa, *J.*) clarifying that certain bonds issued by the Republic of Argentina are Exchange Bonds subject to the district court's Amended February 23, 2012 Order.

SAO-JVR

We decline to find jurisdiction because the Order appealed from is a clarification, not a modification, of the Amended February 23, 2012 Order.  *See Weight Watchers Int'l, Inc. v. Luigino's*, 423 F.3d 137 (2d Cir. 2005).  However, nothing in this Court's order is intended to preclude Citibank from seeking further relief from the district court.

 It is hereby ORDERED that the above appeals are DISMISSED for lack of jurisdiction.

The mandate shall issue forthwith.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk